Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al., Plaintiffs, v. HAYWARD GLASS COMPANY, INC., a California Corporation, and DAVID BRIAN TAUSHECK, an individual, and MARY TAUSHECK, an individual, Defendants. | Case No.: C11-4926 LB<br><br>**NOTICE OF VOLUNTARY DISMISSAL RE DEFENDANT <u>MARY TAUSHECK</u> ONLY** |
|---|---|

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al., voluntarily dismiss, without prejudice, their claim against Defendant MARY TAUSHECK <u>only</u>.

Defendant Mary Tausheck has not served an Answer or otherwise appeared in this matter, and Plaintiffs have not previously filed or dismissed any similar action against Defendant Mary Tausheck.

Plaintiffs have entered into a settlement agreement with Defendants Hayward Glass

1  Company, Inc. and David Brian Tausheck, and therefore Plaintiffs' action will proceed against
2  those two defendants only.
3       Plaintiffs therefore dismiss Defendant Mary Tausheck from this action, and request that the
4  Court retain jurisdiction over this matter.
5       I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-
6  entitled action, and that the foregoing is true of my own knowledge.
7  Executed this 19th day of October, 2011, at San Francisco, California.

                               SALTZMAN & JOHNSON
                               LAW CORPORATION


                        By:   /S/Blake E. Williams
                               Blake E. Williams
                               Attorneys for Plaintiffs

IT IS SO ORDERED.

     Based on the foregoing, and GOOD CAUSE APPEARING, Defendant Mary Tausheck is hereby dismissed from this action without prejudice.  The Court shall retain jurisdiction over this matter.

Date:  October 28, 2011                    _____
                                            UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Laurel Beeler]*

-2-
**NOTICE OF VOLUNTARY DISMISSAL**
**RE DEFENDANT MARY TAUSHECK ONLY**
**Case No.: C11-4926 LB**
P:\CLIENTS\GLACL\Hayward Glass\Pleadings\Complaint 2011\C11-4926 LB Dismissal re Mary Tausheck 101911.doc